UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

RONALD J. MAKINO                                                     Chapter 7
                                                                                     Case No. 08-68012-WS.D
                          Debtor.                                           Hon: Walter Shapero.Detroit
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

To the Clerk of the Court:

       The attached check in the amount of $21.22, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347.  The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 2 | Wayne County Treasurer<br>400 Monroe, Fifth Floort<br>Detroit, MI 48225 | $3.27 |
| 3 | Wayne County Treasurer<br>400 Monroe, Fifth Floort<br>Detroit, MI 48225 | $3.27 |
| 5 | Wayne County Treasurer<br>400 Monroe, Fifth Floort<br>Detroit, MI 48225 | $4.79 |
| 6 | Wayne County Treasurer<br>400 Monroe, Fifth Floort<br>Detroit, MI 48225 | $3.27 |
| 7 | Wayne County Treasurer<br>400 Monroe, Fifth Floort<br>Detroit, MI 48225 | $3.27 |
| 10 | Wayne County Treasurer<br>400 Monroe, Fifth Floort<br>Detroit, MI 48225 | $3.27 |

| | | |
|---|---|---|
| 15 | Comcast<br>Attn: Officer for Receipt of Process<br>PO Box 3005<br>Southeastern, PA 19398 | $0.08 |

**TOTAL: $21.22**

Dated: 12/10/09                                    /s/ Stuart A. Gold
                                                              Stuart A. Gold, Trustee
                                                              24901 Northwestern Hwy., Ste 444
                                                              Southfield, MI 48075-2223
                                                              (248) 350-8220
                                                              stuart.gold@7trustee.net